E. J. Arthur, Appellant, v. J. V. Clements, Appellee.

An Appeal from the Circuit Court for Broward County.

Appeal dismissed on motion of counsel for Appellee.

*Farrington & Lockhart,* for the motion.

---

William H. Blake, Appellant, v. A. H. Zittroner et al., Appellees.

An Appeal from the Circuit Court for Orange County.

Appeal dismissed on motion of counsel for Appellant.

*Maguire & Voorhis,* for the motion.

---

The State of Florida, *ex rel* James F. Dykeman, Relator, v. John S. Edwards, Judge, etc., Respondent.

A case of original jurisdiction.

Alternative Writ of Mandamus dismissed without prejudice upon motion of counsel for Relator.

*Alexander Akerman,* for the motion.